IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONEY BRUZELLAS WILLIAMS,   :

    Plaintiff,   :

vs.   :   CIVIL ACTION 05-0053-WS-C

DEMARIO JAMES, et al.,   :

    Defendants.   :

ORDER

Plaintiff, an Alabama prison inmate proceeding pro se, filed a Motion to Proceed Without Prepayment of Fees (Doc. 2). Plaintiff's motion indicates that Plaintiff is unable to pay the statutory partial filing fee toward the $150.00 filing fee[1]. 28 U.S.C. § 1915(b)(1). Nevertheless, Plaintiff is allowed to proceed with this action as provided by 28 U.S.C. § 1915(b)(4). Accordingly, it is ORDERED that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) be GRANTED. The Clerk is DIRECTED to withhold service of process until further notification.

DONE this 26th day of April, 2005.

                                        s/WILLIAM E. CASSADY
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's complaint and motion to proceed in forma pauperis were filed before February 7, 2005, the date on which the filing fee was changed to $250.00.