IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONEY BRUZELLAS WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION NO. 05-0053-WS-C |
| **DEMARIO JAMES, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, no costs to be taxed.

**DONE** and **ORDERED** this 6th day of July, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE